UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

QUASHAWN SHERIDAN,

                              Plaintiff

v.

TATE, et al.,

                              Defendants

Case No. 3:26-cv-00284-MMD-CLB

**ORDER**

Before the Court is Plaintiff Quashawn Sheridan's application to proceed *in forma pauperis*. (ECF No. 4). The application is incomplete because Plaintiff did not include a financial certificate completed by an appropriate jail or prison official and an inmate trust fund account statement for the previous six-month period with it. (*See id.*) Moreover, review of the inmate databases for the Washoe County Sheriff's Office[1] and the Nevada Department of Corrections[2] shows that Plaintiff is not in custody with either entity. Plaintiff is reminded that he must immediately file a notice informing the Court of any change in his address and other contact information, including release or transfer to a different facility. (ECF No. 2 at 1; *accord* Local Rule IA 3-1). Plaintiff is advised that if he is no longer in custody and wishes to apply for *in forma pauperis* status, then he must complete and file an application to proceed *in forma pauperis* for non-inmates.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is denied without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff has **until July 6, 2026**, to accomplish the following tasks:

---

[1] The Washoe County Sheriff's Office database is available to the public online at https://www.washoesheriff.com/detention_bureau/detention-services/inmate-search.php.

[2] The Nevada Department of Corrections database is available to the public online at https://ofdsearch.doc.nv.gov/.

- File his updated address and other contact information with the Court; and

- Either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis* for inmates (if Plaintiff is in custody) or for non-inmates (if Plaintiff is not in custody).

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to file his updated address and attend to the matter of the filing fee by the deadline.

The Clerk of the Court is directed to send Plaintiff Sheridan the application to proceed *in forma pauperis* for non-inmates with instructions.

DATED: June 5, 2026

_____
UNITED STATES MAGISTRATE JUDGE